jury, and there is sufficient evidence to sustain the verdict; and the judgment and order should be affirmed, with costs.

In re STANTON'S PETITION. (Supreme Court, Appellate Division, Third Department. January 10, 1905.) In the matter of the petition of Elmer E. Stanton for admission as an attorney and counselor at law. No opinion. Motion granted.

SULLIVAN, Respondent, v. CITY OF ROME, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by Michael Sullivan against the city of Rome. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

SULLIVAN v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Michael Sullivan against the New York City Railway Company. No opinion. Motion denied, with $10 costs.

SWAN, Respondent, v. INDERLIED, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Silas T. Swan against Edward C. Inderlied. No opinion. Judgment affirmed, with costs.

SWAN v. INDERLIED. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Silas T. Swan against Edward C. Inderlied.
PER CURIAM. Motion for leave to go to the Court of Appeals granted, and question certified as follows: "On the statement of facts, as conceded and stipulated by the parties and printed in the record, is the plaintiff entitled to judgment as demanded in the complaint?"

SWANSTROM, Respondent, v. DAY, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by J. Edward Swanstrom, as committee, etc., of Edward P. Day, an incompetent person, against Edward W. Day. No opinion. Order affirmed, with $10 costs and disbursements.

THALMANN v. CAPRON KNITTING CO. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Ernst Thalmann against the Capron Knitting Company. No opinion. Motion granted.

In re THOMPSON. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) In the matter of the accounting of Ella S. Thompson, as sole executrix under the last will and testament of Francis A. Thompson, deceased.
PER CURIAM. Decree of the Surrogate's Court of Kings county affirmed, with costs.
HOOKER, J., not voting.

THOMPSON, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Sarah De W.

Thompson, as administratrix, against the Metropolitan Street Railway Company. A. J. Rose, for appellant. C. F. Brown, for respondent.
PER CURIAM. Judgment affirmed, with costs.
O'BRIEN, J., dissents.

THOMPSON, Appellant, v. ROWE, Respondent. (Supreme Court, Appellate Term. March 21, 1905.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Myrtle M. Thompson against Basil W. Rowe, as treasurer of Adams Express Company. From a judgment in favor of defendant, plaintiff appeals. Affirmed. Paul N. Turner, for appellant. Guthrie, Cravath & Henderson (Joseph Diehl Fackenthal, of counsel), for respondent.
PER CURIAM. In our opinion the assignment sought to be enforced in this action was within the intention of the statute (chapter 77, p. 156, Laws 1904), and therefore subject to its provisions. People ex rel. Wood v. Lacombe, 99 N. Y. 43, 1 N. E. 599; Spencer v. Myers, 150 N. Y. 269, 44 N. E. 942, 34 L. R. A. 175. 55 Am. St. Rep. 675. The complicated transaction resorted to was evidently a mere subterfuge to escape the statute. To permit it to succeed would defeat the obvious purpose of the Legislature in enacting the statute in question. Judgment affirmed, with costs.

THORNE, Respondent, v. UNITED STATES HEALTH & ACCIDENT INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Daniel Thorne against the United States Health & Accident Insurance Company. No opinion. Judgment of County Court affirmed, with costs.

TIFFANY v. MITCHELL. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Louis C. Tiffany against Annie O. Mitchell. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

In re TIGHE. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) In the matter of James G. Tighe, city magistrate. No opinion. Motion granted, and order signed.

TOBIN, Respondent, v. NORTH JERSEY ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Joseph Tobin against the North Jersey Street Railway Company. No opinion. Judgment and order affirmed by default, with costs.

TOPOLSKY, Appellant, v. GENERAL INCANDESCENT ARC LIGHT CO., Respondent. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Stanislaus Topolsky against the General Incandescent Arc Light Company. M. Hilquit, for appellant. F. V. Johnson, for respondent. No opinion. Appeal from order dismissed, with $10 costs. Judgment affirmed, with costs.